### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

OMAR MOODY, #M0032                                              **PLAINTIFF**

VS.                                    **CIVIL ACTION NO. 4:06CV135—TSL—LRA**

OFFICER C. THOMAS
AND SERGEANT SMITH                                             **DEFENDANTS**

_____

### FINAL JUDGMENT

Upon due consideration of the Complaint and the sworn testimony presented by Plaintiff Omar Moody at the omnibus hearing conducted on May 25, 2007, as well as the applicable legal authorities,

IT IS, HEREBY, ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice for the reason that it fails to state a claim upon which relief may be granted and is legally frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), and Final Judgment in favor of Defendants Officer C. Thomas and Sergeant Smith is hereby entered for the reasons contained in that Memorandum Opinion and Order of this date.

IT IS SO ORDERED, this the 8th day of June, 2007.


                            S/ Linda R. Anderson
                      UNITED STATES MAGISTRATE JUDGE